

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:          In re Carnell Louis Dodson

Appellate case number:      01-22-00614-CR

Trial court case number:     18-CR-0670

Trial court:                          56th District Court of Galveston County


      The en banc court has unanimously voted to deny relators' motion for reconsideration en banc. The motion for en banc reconsideration is ordered **denied**.


Judge's signature: __/s/ Justice Richard Hightower_____
                       Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: _____December 22, 2022_____